ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
Santa Cruz Biotechnology, Inc.

**CONFORM AND RETURN**

E-FILING

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Santa Cruz Biotechnology, Inc.,

        Plaintiff,

        vs.

SANTACRUZBIOTECH.COM,

        Defendant.

**C 07 04275**

**COMPLAINT**

Plaintiff Santa Cruz Biotechnology, Inc. ("Santa Cruz Biotechnology") by its attorneys, Morgan, Lewis & Bockius LLP, for its Complaint in this action alleges:

## PARTIES

1.      Santa Cruz Biotechnology, Inc. is a Delaware corporation having its principal place of business at 2145 Delaware Avenue, Santa Cruz, California 95060.

2.      The WHOIS data for the SANTACRUZBIOTECH.COM domain name identifies the Registrant of the SANTACRUZBIOTECH.COM domain name as KZ Holding 1 with an address at 1000 Main, Tillamonk, Oregon 97141 and an e-mail address at kzh1@pwbn.com. The WHOIS data for the SANTACRUZBIOTECH.COM domain name is attached hereto as Exhibit A.

## DOMAIN NAME REGISTRAR AND REGISTRY

3.      The domain name registrar for the SANTACRUZBIOTECH.COM domain name

1  is eNom Inc., having its principal place of business at 15801 NE 24th Street, Bellevue,

2  Washington 98008.

3      4.    The domain name registry for the SANTACRUZBIOTECH.COM domain name is

4  Verisign, Inc., a Delaware corporation having its principal place of business at 487 East

5  Middlefield Road, Mountain View, California 94043.

6  **JURISDICTION AND VENUE**

7      5.    This Court has *in rem* jurisdiction over the SANTACRUZBIOTECH.COM

8  domain name pursuant to 15 U.S.C. § 1125(d)(2) because it constitutes personal property located

9  within the territorial jurisdiction of the United States and this judicial district.

10      6.    Pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(II), Santa Cruz Biotechnology was not

11  able to locate KZ Holding 1 or any other person who would have been a defendant in a civil

12  action under 15 U.S.C. § 1125(d)(1).  Santa Cruz Biotechnology's due diligence in attempting to

13  locate KZ Holding is described in Paragraphs 13 and 15 of this Complaint.  Accordingly, Santa

14  Cruz Biotechnology is entitled by statute to bring this *in rem* action.

15      7.    Venue is proper in this judicial district pursuant to 15 U.S.C. § 1125(d)(2) because

16  Verisign, Inc., the registry of the SANTACRUZBIOTECH.COM domain name, is located in this

17  judicial district.

18  **FACTS RELEVANT TO ALL CLAIMS**

19      8.    Santa Cruz Biotechnology designs and develops biotechnological products,

20  including antibodies and chemical reagents, and related services, which are marketed and sold in

21  the United States and throughout the world.

22      9.    Since at least as early as 1992, Santa Cruz Biotechnology has used its distinctive

23  SANTA CRUZ BIOTECHNOLOGY name and mark in connection with biotechnological

24  products and related services.  In this regard, Santa Cruz Biotechnology owns four U.S.

25  trademark registrations for SANTA CRUZ BIOTECHNOLOGY: U.S. Registration

26  Nos. 1,793,310; 3,153,344; 3,157,091; and 3,185,914.  Copies of Santa Cruz Biotechnology's

27  U.S. trademark registrations are attached hereto as Exhibit B.

28      10.    By virtue of Santa Cruz Biotechnology's continuous and exclusive use,

1  advertising, and promotion, the SANTA CRUZ BIOTECHNOLOGY trademark has come to

2  symbolize extensive goodwill.  The SANTA CRUZ BIOTECHNOLOGY trademark and the

3  goodwill associated therewith represent an extremely valuable asset to Santa Cruz Biotechnology.

4  As a result of Santa Cruz Biotechnology's efforts and investment, the SANTA CRUZ

5  BIOTECHNOLOGY trademark has attained substantial selling power and is well recognized

6  among customers in the biotechnology industry as identifying Santa Cruz Biotechnology.

7        11.     In addition, Santa Cruz Biotechnology owns the

8  SANTACRUZBIOTECHNOLOGY.COM and SCBT.COM domain names, which it uses to

9  advertise and sell its biotechnology products and services.

10       12.     On or about January 10, 2007, Santa Cruz Biotechnology became aware that KZ

11  Holding 1 had registered the SANTACRUZBIOTECH.COM domain name and was using the

12  domain name in connection with a search directory to provide links to Santa Cruz

13  Biotechnology's direct competitors.  A printout of the website at the

14  SANTACRUZBIOTECH.COM domain name as it appeared on August 6, 2007 is attached hereto

15  as Exhibit C.

16       13.     On February 7, 2007, promptly upon discovering KZ Holding 1's improper

17  registration of the SANTACRUZBIOTECH.COM domain name, Santa Cruz Biotechnology sent

18  a cease and desist letter to KZ Holding 1 at the mailing address and e-mail address listed in the

19  WHOIS data for the SANTACRUZBIOTECH.COM domain name.  A copy of Santa Cruz

20  Biotechnology's February 7, 2007 cease and desist letter is attached hereto as Exhibit D.

21       14.     On information and belief, KZ Holding 1 provided false and misleading

22  information to the registrar when it improperly registered the SANTACRUZBIOTECH.COM

23  domain name.  Specifically, the United States Postal Service returned Santa Cruz

24  Biotechnology's February 7, 2007 letter as undeliverable.  A copy of the envelope stamped

25  "Attempted, Not Known" by the Post Office is attached hereto as Exhibit E.

26       15.     Though Santa Cruz Biotechnology also sent a cease and desist letter to KZ

27  Holding 1 by e-mail, KZ Holding 1 never responded.  As such, Santa Cruz Biotechnology does

28  not know whether the provided e-mail address is legitimate or not or whether KZ Holding 1

1    received the February 7, 2007 cease and desist letter by e-mail.  In either case, Santa Cruz

2    Biotechnology was unable to contact KZ Holding 1 by e-mail.

3        16.    Notwithstanding KZ Holding 1's knowledge of Santa Cruz Biotechnology's rights

4    in the SANTA CRUZ BIOTECHNOLOGY trademark (which is imputed to KZ Holding 1 by

5    virtue of its registration on the United States Patent and Trademark Office's Principal Register),

6    KZ Holding 1 is promoting and advertising the biotechnology products and services of Santa

7    Cruz Biotechnology's direct competitors under the SANTA CRUZ BIOTECH designation in

8    California, throughout the United States, and in this judicial district with the deliberate and

9    calculated intent to trade on the substantial goodwill and reputation symbolized by Santa Cruz

10    Biotechnology's SANTA CRUZ BIOTECHNOLOGY trademark to confuse and mislead the

11    public.

12        17.    KZ Holding 1's unlawful registration, use, threatened continued registration, and

13    threatened continued use of the SANTACRUZBIOTECH.COM domain name is likely to cause

14    confusion, to cause mistake, and to deceive as to the origin, source, or sponsorship of the

15    SANTACRUZBIOTECH.COM domain name among the public and Santa Cruz Biotechnology's

16    customers, as well as dilution of the distinctiveness and value of Santa Cruz Biotechnology's

17    SANTA CRUZ BIOTECHNOLOGY trademark.

18        18.    On information and belief, KZ Holding 1 illegitimately registered and is using the

19    SANTACRUZBIOTECH.COM domain name in bad faith, with full knowledge of Santa Cruz

20    Biotechnology's prior use of the SANTA CRUZ BIOTECHNOLOGY trademark, and with a bad

21    faith intent to profit from the substantial goodwill associated with Santa Cruz Biotechnology's

22    SANTA CRUZ BIOTECHNOLOGY trademark.  KZ Holding 1's bad faith is evident by, *inter*

23    *alia*, its lack of rights in the SANTA CRUZ BIOTECHNOLOGY trademark and

24    SANTACRUZBIOTECH.COM domain name; the fact that the SANTACRUZBIOTECH.COM

25    domain name does not consist of KZ Holding 1's legal name or a name used to identify KZ

26    Holding 1; KZ Holding 1's lack of prior use of the SANTACRUZBIOTECH.COM domain name

27    in connection with a bona fide offering of goods or services; KZ Holding 1's lack of a bona fide

28    or noncommercial use of the SANTA CRUZ BIOTECHNOLOGY trademark; KZ Holding 1's

provision of false and misleading contact information; KZ Holding 1's intent to create a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the SANTACRUZBIOTECH.COM domain name; and the fact that Santa Cruz Biotechnology's SANTA CRUZ BIOTECHNOLOGY trademark is distinct and famous within the meaning of 15 U.S.C. § 1125(c)(1).

## COUNT I
## *IN REM* CYBERSQUATTING UNDER § 1125(d)(2)
## OF THE LANHAM ACT

19.    Paragraphs 1-18, above, are realleged and incorporated by reference as if set forth in full.

20.    KZ Holding 1's aforesaid acts constitute a bad faith intent to profit from Santa Cruz Biotechnology's SANTA CRUZ BIOTECHNOLOGY trademark, and its registration and use of a domain name that is confusingly similar to and dilutive of Santa Cruz Biotechnology's distinctive and famous SANTA CRUZ BIOTECHNOLOGY trademark violates Santa Cruz Biotechnology's rights under the Anticybersquatting Consumer Protection Act of 1999, as amended, 15 U.S.C. § 1125(d).

21.    KZ Holding 1's aforesaid acts constitute trademark infringement because they are likely to cause confusion, to cause mistake, and to deceive as to the origin, source, or sponsorship of the SANTACRUZBIOTECH.COM domain name among the public and Santa Cruz Biotechnology's customers.

22.    KZ Holding 1's aforesaid acts constitute trademark dilution because they dilute and lessen the distinctiveness and value of Santa Cruz Biotechnology's famous SANTA CRUZ BIOTECHNOLOGY trademark.

23.    KZ Holding 1's aforesaid acts have caused and will continue to cause great and irreparable injury to Santa Cruz Biotechnology and, unless such acts are restrained by this Court, they will be continued and Santa Cruz Biotechnology will continue to suffer great and irreparable injury.

24.    Santa Cruz Biotechnology has no adequate remedy at law.

1

2

3    WHEREFORE, Plaintiff Santa Cruz Biotechnology prays that the Court:

4          (i) declare, adjudge, and decree that Santa Cruz Biotechnology is the sole legal and

5    equitable owner of the SANTACRUZBIOTECH.COM domain name;

6          (ii) direct Verisign, Inc. and eNom Inc. to transfer and register the

7    SANTACRUZBIOTECH.COM domain name to Santa Cruz Biotechnology; and

8          (iii) award such other and further relief that this Court may deem just and equitable.

9

10   Dated:  August 20, 2007                     MORGAN, LEWIS & BOCKIUS LLP

11

12                                          By _____

13                                              Andrew J. Gray IV
                                                Bruno Tarabichi
14                                              Attorneys for Plaintiff
                                                Santa Cruz Biotechnology

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3657904.2                                                            COMPLAINT

# EXHIBIT A

Login                                         Your cart is empty 

# Network**Solutions**

## WHOIS Search Results



| Become a trusted site! | |
| --- | --- |
| Buy an **SSL Certificate** for as low as **$99** per year | Continue ≫ |


Secure your Web site for important online transactions. ≫ LEARN MORE

### WHOIS Record For



**santacruzbiotech.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

SSL Certificates - Get peace of mind with a secure certificate.

Site Confirm Seals - Display a security seal and gain visitor trust.

## Need More Info?
### Contact us today!
CALL 1-800-361-5712

**CONTACT me**

=-=-=-=
Visit AboutUs.org for more information about SANTACRUZBIOTECH.COM
AboutUs: SANTACRUZBIOTECH.COM

Registration Service Provided By: KZ Holding 1
Contact: kzh1@pwbn.com

Domain name: SANTACRUZBIOTECH.COM

Administrative Contact:
  KZ Holding 1
  F Porter (kzh1@pwbn.com)
  +1.5034479012
  Fax:
  1000 Main
  Tillamook, OR 97141
  US

Technical Contact:
  KZ Holding 1
  F Porter (kzh1@pwbn.com)

[          ] Search ≫

WHOIS Search provides domain registration information from Network Solutions.    Page 9 of 28    Page 2 of 3

Case 5:07-cv-04275-RVT    Document 1    Filed 08/20/2007



```
+1.5034479012
Fax:
1000 Main
Tillamook, OR 97141
US

Registrant Contact:
    KZ Holding 1
    F Porter (kzh1@pwbn.com)
    +1.5034479012
    Fax:
    1000 Main
    Tillamook, OR 97141
    US

Status: Locked

Name Servers:
    NS1.BNMQ.COM
    NS2.BNMQ.COM

Creation date: 24 Apr 2000 17:53:18
Expiration date: 24 Apr 2008 17:53:18
```

=-=-=-=

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:**    209.85.51.151    (ARIN & RIPE IP search)
**IP Location:**    -(-)

## BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME

| santacruzbi... | ☑ | .net |
| santacruzbi... | ☑ | .org |
| santacruzbi... | ☑ | .info |
| santacruzbi... | ☑ | .biz |
| santacruzbi... | ☑ | .tv |
| santacruzbi... | ☑ | .us |
| santacruzbi... | ☑ | .cc |
| santacruzbi... | ☑ | .ws |
| santacruzbi... | ☑ | .bz |
| santacruzbi... | ☑ | .vg |
| santacruzbi... | ☑ | .gs |
| santacruzbi... | ☑ | .tc |
| santacruzbi... | ☑ | .ms |

Continue ≫

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle

| | |
|---|---|
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 25-Jul-2006 |

◯ **IP Address**

**Search »**



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $49.95/month, plus a $399.00 design fee

**Go »**



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99** one time set-up fee

**Go »**

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



**Secure Your Site with an SSL Certificate**

© Copyright 2007 Network Solutions. All rights reserved.



"An oustanding customer service experience"
J.D. Power and Associates

# EXHIBIT B

Int. Cl.: 1

Prior U.S. Cls.: 6 and 18

## United States Patent and Trademark Office

Reg. No. 1,793,310
Registered Sep. 21, 1993

### TRADEMARK
### PRINCIPAL REGISTER



SANTA CRUZ BIOTECHNOLOGY, INC.
(DELAWARE CORPORATION)
2161 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CHEMICAL REAGENTS AND DIAG-
NOSTIC PREPARATIONS FOR BIOMEDICAL
RESEARCH PURPOSES, IN CLASS 1 (U.S. CLS.
6 AND 18).

FIRST USE 3–13–1992; IN COMMERCE
3–13–1992.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SANTA CRUZ" OR "BIO-
TECHNOLOGY", APART FROM THE MARK
AS SHOWN.

THE STIPPLING SHOWN IN THE DRAWING
IS FOR SHADING PURPOSES ONLY AND IS
NOT INTENDED TO INDICATE COLOR.

SER. NO. 74–271,514, FILED 5–1–1992.

MICHAEL HAMILTON, EXAMINING ATTOR-
NEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,153,344
Registered Oct. 10, 2006

### SERVICE MARK
### PRINCIPAL REGISTER



SANTA CRUZ BIOTECHNOLOGY, INC. (DELA-
    WARE CORPORATION)
2145 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CUSTOM DESIGN FOR OTHERS OF PRO-
DUCTS IN THE FIELD OF BIOTECHNOLOGY, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

OWNER OF U.S. REG. NO. 1,793,310.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BIOTECHNOLOGY", APART
FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "SANTA CRUZ BIOTECHNOL-
OGY".

SER. NO. 78-652,266, FILED 6-16-2005.

KATINA MISTER, EXAMINING ATTORNEY

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

**United States Patent and Trademark Office**

Reg. No. 3,157,091
Registered Oct. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER

SANTA CRUZ BIOTECHNOLOGY

SANTA CRUZ BIOTECHNOLOGY, INC. (DELA-
WARE CORPORATION)
2145 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: ANTIBODIES AND CHEMICAL REAGENTS
FOR SCIENTIFIC AND BIOMEDICAL RESEARCH,
IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BIOTECHNOLOGY", APART
FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-652,252, FILED 6-16-2005.

KATINA MISTER, EXAMINING ATTORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

**Reg. No. 3,185,914**

**Registered Dec. 19, 2006**

## SERVICE MARK
### PRINCIPAL REGISTER

SANTA CRUZ BIOTECHNOLOGY

SANTA CRUZ BIOTECHNOLOGY, INC. (DELA-
WARE CORPORATION)
2145 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CUSTOM DESIGN FOR OTHERS OF PRO-
DUCTS IN THE FIELD OF BIOTECHNOLOGY, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BIOTECHNOLOGY", APART
FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-652,260, FILED 6-16-2005.

KATINA MISTER, EXAMINING ATTORNEY

# EXHIBIT C

biotech

# santacruzbiotech.com
*Your Health and Medical Resource*

**Home**   Health Insurance   Diet   Weight Loss   Contact Lens   Lasik   Fitness

## Related Links

| | | |
|---|---|---|
| Biotech | Biotechnology | Telemetry |
| Brown Recluse Spider | Electrode | Alpacas |
| Earth | My Space.Com | Waveguide |
| Nanotechnology | Viscosity | Seal |
| Cell | Nitrogen | Science Technology |

## Favorite Categories

**Language Reference**
Learn French
Pimsleur
Rune
Learn to Read
A

**Almanacs**
Farmer Almanac
Weather Almanac
Almanac
Farmer Almanac Weather
World Almanac

**History Reference**
History
American History
Seven Wonders of the World
American Civil War
Military History

**Literature Reference**
How to Publish a Book
How to Write a Book
Philosophy
Poetry
Writing a Book

**Mathematic Reference**
Calculus Help
Word Problem
Regression Analysis
Matching
Dimension

**Mathematics Reference**
Math Worksheets
Math
1
Statistics Help
Algebra

### Health and Medical Categories


**Living Well**
Diets
Fitness
Drug Treatment
Quit Smoking


**Health Information**
Skin Disorders
Epilepsy
Leukemia
Sleep Disorder


**Senior Health**
Retirement
Prescription Drug Plan
Medicare
Assisted Living


**Seeing is Believing**
Eye Glasses
Contact Lenses
Designer Eye Glasses
Laser Eye Surgery

**Search:**    [ Search ]

Bookmark This Page | Set Your Homepage

Terms Of Use

# EXHIBIT D

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
### C O U N S E L O R S   A T   L A W

**Andrew J. Gray IV**
Partner

February 7, 2007

**VIA MAIL AND E-MAIL**   kz h 1 @pwbn.com

KZ Holding 1
F Porter
1000 Main
Tillamook, OR 97141

Re:    Infringing Registration and Use of SANTACRUZBIOTECH.COM

Gentlemen:

We represent Santa Cruz Biotechnology, Inc. in trademark and unfair competition matters. As you may know, Santa Cruz Biotechnology designs, develops, and sells biotechnological products, including antibodies and chemical reagents, in the United States and throughout the world.

In this regard, Santa Cruz Biotechnology owns numerous U.S. and international trademark registrations and applications for SANTA CRUZ BIOTECHNOLOGY in connection with goods and services in the field of biotechnology, including U.S. Trademark Registration Nos. 1,793,310; 3,153,344; 3,157,091; and 3,185,914. As a result of widespread use and significant annual sales, as well as through extensive advertising and publicity, the SANTA CRUZ BIOTECHNOLOGY name and mark has become well-known among customers in the biotechnological industry as identifying Santa Cruz Biotechnology and represents substantial goodwill.

It has come to our attention that KZ Holding 1 has registered the SANTACRUZBIOTECH.COM domain name and is using Santa Cruz Biotechnology's distinctive SANTA CRUZ BIOTECHNOLOGY name and mark (albeit using BIOTECH instead of BIOTECHNOLOGY) to provide links to various companies that directly compete with Santa Cruz Biotechnology. KZ Holding 1's unauthorized use of the SANTA CRUZ BIOTECH designation is likely to cause confusion, mistake, and deception among consumers so that consumers will believe that the

**Morgan Lewis**
COUNSELORS AT LAW

KZ Holding 1
February 7, 2007
Page 2

goods and services of Santa Cruz Biotechnology's direct competitors are Santa Cruz
Biotechnology's goods and services or are sponsored, licensed, or authorized by Santa Cruz
Biotechnology.

Such unauthorized use of Santa Cruz Biotechnology's SANTA CRUZ BIOTECHNOLOGY
name and mark constitutes, among other things, federal trademark infringement under 15 U.S.C.
§ 1114, federal unfair competition under 15 U.S.C. § 1125, federal trademark dilution under 15
U.S.C. § 1125, federal cybersquatting under 15 U.S.C. § 1125, and related legal violations under
the laws of various states, including California. Please note that KZ Holding 1's infringing use
of Santa Cruz Biotechnology's SANTA CRUZ BIOTECHNOLOGY name and mark,
particularly with notice, could subject it to a finding of willful infringement and liability to Santa
Cruz Biotechnology for treble damages, as well as costs and attorneys' fees for bringing a
lawsuit to rectify the situation.

Santa Cruz Biotechnology must protect the substantial investment it has made in its SANTA
CRUZ BIOTECHNOLOGY name and mark against such unauthorized use. Accordingly, we
demand that by **Friday, February 23, 2007**, KZ Holding 1: (1) cease all use of the SANTA
CRUZ BIOTECHNOLOGY name and mark; (2) refrain from adopting and using the SANTA
CRUZ BIOTECHNOLOGY mark or any similar marks in the future; and (3) transfer the
SANTACRUZBIOTECH.COM domain name to Santa Cruz Biotechnology. KZ Holding 1's
agreement may be provided by signing and returning to us the enclosed copy of this letter.

We trust this matter can be resolved amicably. In the absence of a favorable response, however,
we will recommend that Santa Cruz Biotechnology take appropriate action to protect its rights in
the SANTA CRUZ BIOTECHNOLOGY mark and to collect all damages, profits, costs, and
attorneys' fees allowed by law.

Sincerely,

Andrew J. Gray IV

Enclosure

**KZ HOLDING 1**

Name: _____

Title: _____

Date: _____



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

**Int. Cl.: 1**

**Prior U.S. Cls.: 6 and 18**

## United States Patent and Trademark Office

Reg. No. 1,793,310
Registered Sep. 21, 1993

### TRADEMARK
#### PRINCIPAL REGISTER



SANTA CRUZ BIOTECHNOLOGY, INC.
(DELAWARE CORPORATION)
2161 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CHEMICAL REAGENTS AND DIAG-NOSTIC PREPARATIONS FOR BIOMEDICAL RESEARCH PURPOSES, IN CLASS 1 (U.S. CLS. 6 AND 18).

FIRST USE 3–13–1992; IN COMMERCE 3–13–1992.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SANTA CRUZ" OR "BIO-TECHNOLOGY", APART FROM THE MARK AS SHOWN.

THE STIPPLING SHOWN IN THE DRAWING IS FOR SHADING PURPOSES ONLY AND IS NOT INTENDED TO INDICATE COLOR.

SER. NO. 74–271,514, FILED 5–1–1992.

MICHAEL HAMILTON, EXAMINING ATTOR-NEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 3,185,914

## United States Patent and Trademark Office

Registered Dec. 19, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

SANTA CRUZ BIOTECHNOLOGY

SANTA CRUZ BIOTECHNOLOGY, INC. (DELA-
WARE CORPORATION)
2145 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CUSTOM DESIGN FOR OTHERS OF PRO-
DUCTS IN THE FIELD OF BIOTECHNOLOGY, IN
CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "BIOTECHNOLOGY", APART
FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-652,260, FILED 6-16-2005.

KATINA MISTER, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,153,344
Registered Oct. 10, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



SANTA CRUZ BIOTECHNOLOGY, INC. (DELA-WARE CORPORATION)
2145 DELAWARE AVENUE
SANTA CRUZ, CA 95060

FOR: CUSTOM DESIGN FOR OTHERS OF PRODUCTS IN THE FIELD OF BIOTECHNOLOGY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

OWNER OF U.S. REG. NO. 1,793,310.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BIOTECHNOLOGY", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "SANTA CRUZ BIOTECHNOLOGY".

SER. NO. 78-652,266, FILED 6-16-2005.

KATINA MISTER, EXAMINING ATTORNEY

# EXHIBIT E



US POSTAGE
HASLER
$0.525



2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
MP064048  05682000 -0006 AJG

Morgan Lewis
COUNSELORS AT LAW

ATTEMPTED,
NOT KNOWN

TO:  'KZ Holding
F. Porter
1000 Main
Tillamook, OR 97141