CONFORM AND RETURN

1    ANDREW J. GRAY IV (CA Bar No. 202137) ORIGINAL
     BRUNO TARABICHI (CA Bar No. 215129) FILED
2    MORGAN, LEWIS & BOCKIUS LLP
     2 Palo Alto Square                    07 AUG 20  PM 3: 07
3    3000 El Camino Real, Suite 700
     Palo Alto, CA  94306-2122             RICHARD W. WIEKING
4    Tel:  650.843.4000                         CLERK
     Fax:  650.843.4001                    U.S. DISTRICT COURT
                                           NO. DIST. OF CA. S.J.
5
6    E-mail: agray@morganlewis.com
     E-mail: btarabichi@morganlewis.com
7    Attorneys for Plaintiffs
     Santa Cruz Biotechnology, Inc.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11   Santa Cruz Biotechnology, Inc.,    C07    04275

12                                      PVT
               Plaintiffs,
13                                      **CERTIFICATION OF INTERESTED**
          vs.                           **PARTIES**
14
     SANTACRUZBIOTECH.COM,
15
               Defendant.
16

17        Pursuant to Local Rule 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the

18   undersigned certifies that there are no associations of persons, firms, partnerships, corporations

19   (including parent corporations) or other entities that (i) have a financial interest in the subject

20   matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

21   subject matter or in a party that could be substantially affected by the outcome of this

22   proceeding.

23   Dated:  August 20, 2007              MORGAN, LEWIS & BOCKIUS LLP

24

25                                       By

26                                           Andrew J. Gray IV
                                             Bruno Tarabichi
27                                           Attorneys for Plaintiff
                                             Santa Cruz Biotechnology, Inc.
28

1-PA/3660006.1                              CERTIFICATION OF INTERESTED PARTIES