ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Santa Cruz Biotechnology, Inc., Plaintiff, v. SANTACRUZBIOTECH.COM, Defendant. | Case No. 07 CV 4275 PVT<br><br>**NOTICE OF FILING OF PROOF OF SERVICE OF PROCESS OF COMPLAINT AND SUMMONS UPON DEFENDANT SANTACRUZBIOTECH.COM** |
|---|---|

    Attached hereto is the Summons and affidavit providing proof of service of process of the Complaint and Summons upon SANTACRUZBIOTECH.COM in this action.

Respectfully submitted,

Dated: November 19, 2007

/s/ Bruno Tarabichi

ANDREW J. GRAY IV
BRUNO TARABICHI
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiff
Santa Cruz Biotechnology, Inc.

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA




Santa Cruz Biotechnology, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: ~~UNKNOWN~~

V.

SANTACRUZBIOTECH.COM

C07 04275 PVT

TO: (Name and address of defendant)

SANTACRUZBIOTECH.COM
KZ Holding 1
1000 Main
Tillamonk, OR 97141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Gray IV
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 20, 2007

(BY) DEPUTY CLERK
Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐    Served Personally upon the Defendant. Place where served: |
| ☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐    Returned unexecuted: |
| ☐    Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____      _____<br>                  Date                                              Signature of Server<br><br>                                                                 _____<br>                                                                  Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney or Party without Attorney: <br> MORGAN, LEWIS & BOCKIUS <br> 2 Palo Alto Square, 7th Floor <br> PALO ALTO, CA 94304 | | For Court Use Only |
|---|---|---|
| Telephone No: (650) 843-4000  FAX No: (650) 493-5556 | Ref. No or File No.: <br> 56820.0006 | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT DISTRICT | | |
| Plaintiff: SANTA CRUZ BIOTECHNOLOGY, INC. | | |
| Defendant: SANTACRUZBIOTECH.COM | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: <br> Tue, Nov. 27, 2007 | Time: <br> 2:00pm | Dept/Div: | Case Number: <br> C07 04275 PVT |
|---|---|---|---|---|

1. I, MARY BROWN, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KZ HOLDING I as follows:

2. Documents: UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKAGE SUPPLIED BY COURT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/31/07 | 3:07pm | Business | BUSINESS DOES NOT EXIST AT THE ADDRESS GIVEN. I SPOKE WITH OTHER BUSINESS OWNERS AT THE GIVEN ADDRESS, NONE OF THE OTHER BUSINESS OWNERS HAVE HEARD OF THE COMPANY IN QUESTION. Attempt made by: MARY BROWN. Attempt at: 1000 MAIN TILLAMOOK OR 97141. |
| Tue | 09/04/07 | | | CHECKED WITH OREGON SECRETARY OF STATE OFFICE, NO RECORD OF THIS BUSINESS. <br><br> CANCEL PER CLIENT (COLLETTE) Attempt made by: D. KAUL. |
| Tue | 09/04/07 | 5:00pm | Business | Returned Not Served on: KZ HOLDING I Business - 1000 MAIN TILLAMOOK, OR. 97141 |

3. Person Executing
   a. MARY BROWN
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $150.00
   e. I am: (3) Affiliate

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 05, 2007    AFFIDAVIT OF REASONABLE DILIGENCE    (MARY BROWN)    morgan 12202

ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICH (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
Con-way Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> SANTACRUZBIOTECH.COM, <br><br> Defendants | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306. On October 23, 2007 I caused copies of the attached document(s) described as follows:

**COMPLAINT; SUMMONS; CERTIFICATION OF INTERESTED PARTIES**

to be served on:

        SANTACRUZBIOTECH.COM
        c/o KZ Holding 1
        1000 Main
        Tillamook, OR 97141

☐ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☐ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on October 23, 2007.

_____
Colette C. Aragón



**Colette Aragon /PA/MLBLaw**  
10/23/2007 03:25 PM

To  kzh1@pwbn.com

cc

bcc  Bruno W. Tarabichi/PA/MLBLaw@MorganLewis; Andrew J. Gray IV/PA/MLBLaw@MorganLewis

Subject  Santa Cruz Biotechnology, Inc. vs. SANTACRUZBIOTECH.COM - Case No. 07-4275 PVT


p001 08-20-07 Complaint and Exhibits A-D [Case No. 07-4275 PVT].pdf


p001 Certificate of Interested Parties [Case No. 07-4275 PVT].pdf     p001 Civil Cover Sheet [Case No. 07-4275 PVT].pdf


p001 Summons [Case No. 07-4275 PVT].pdf


10-23-07 Proof of Service.pdf     p002 08-20-07 Court Packet ADR information.pdf