1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel:  650.843.4000
   Fax:  650.843.4001
5
   E-mail: agray@morganlewis.com
6  E-mail: btarabichi@morganlewis.com

7  Attorneys for Plaintiffs
   Santa Cruz Biotechnology, Inc.
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  Santa Cruz Biotechnology, Inc.,

12                      Plaintiffs,              Case No. 5:07-cv-04275-PVT

13           vs.                                **PLAINTIFF SANTA CRUZ
                                                BIOTECHNOLOGY, INC.'S REQUEST
14  SANTACRUZBIOTECH.COM,                       FOR CLERK'S ENTRY OF DEFAULT
                                                AGAINST SANTACRUZBIOTECH.COM**
15                      Defendant.

16

17           __REQUEST FOR CLERK'S ENTRY OF DEFAULT__

18          Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") requests that the Court Clerk

19  enter default against Defendant SANTACRUZBIOTECH.COM ("Defendant") for failing to

20  file a responsive pleading in a timely fashion.

21          In this regard, on August 31, 2007, Plaintiff attempted to personally serve KZ Holding

22  1 with the Summons and Complaint at 1000 Main, Tillamook, Oregon 94141, which is the

23  address listed on the WHOIS data for the SANTACRUZBIOTECH.COM domain name.  *See*

24  Exhibit A, Notice of Filing of Proof of Service of Complaint, and Exhibit B, the WHOIS data.

25  However, KZ Holding 1 does not reside at that address.  *See* Exhibit A.

26          Accordingly, pursuant to 15 U.S.C. § 1125(d)(2)(B), which provides for service of

27  process in an *in rem* cybersquatting action, Plaintiff served a copy of the Complaint and

28

1   Summons by email to kzh1@pwbn.com on October 23, 2007, the email address listed in the

2   WHOIS data. *See* Exhibit B. Plaintiff has not received a return email indicating that its

3   service email was undeliverable. Accordingly, Plaintiff believes that Defendant has received a

4   copy of the Complaint and Summons electronically.

5       Defendant SANTACRUZBIOTECH.COM has failed to file a responsive pleading, and,

6   as a result, is in default. *See* Fed. R. Civ. P. 55. As such, Plaintiff respectfully requests that

7   the Clerk enter a default against SANTACRUZBIOTECH.COM.

8

9   Dated:  November 19, 2007              MORGAN, LEWIS & BOCKIUS LLP

10

11                                      By   /s/ Bruno Tarabichi
                                             _____
12                                           Andrew J. Gray IV
                                             Bruno Tarabichi
13                                           Attorneys for Plaintiff
                                             Santa Cruz Biotechnology, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2212
4   Tel:  650.843.4000
    Fax:  650.843.4001
5

6   Attorneys for Plaintiff
    Santa Cruz Biotechnology, Inc.
7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
    ┌─────────────────────────────────────┐
10  │ Santa Cruz Biotechnology, Inc.,      │   Case No. 07 CV 4275 PVT
    │                  Plaintiff,           │
11  │                                       │   **NOTICE OF FILING OF PROOF OF
    │          v.                           │   SERVICE OF PROCESS OF
12  │                                       │   COMPLAINT AND SUMMONS UPON
    │ SANTACRUZBIOTECH.COM,                 │   DEFENDANT
    │                  Defendant.           │   SANTACRUZBIOTECH.COM**
13  └─────────────────────────────────────┘

14        Attached hereto is the Summons and affidavit providing proof of service of process of the

15  Complaint and Summons upon SANTACRUZBIOTECH.COM in this action.

16
                                         Respectfully submitted,
17
    Dated:  November 19, 2007             /s/ Bruno Tarabichi
18  ─────────────────────────────
                                         ANDREW J. GRAY IV
19                                       BRUNO TARABICHI
                                         MORGAN, LEWIS & BOCKIUS LLP
20                                       Attorneys for Plaintiff
                                         Santa Cruz Biotechnology, Inc.
21

22

23

24

25

26

27

28

1-PA/3676427.1

ORIGINAL

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Santa Cruz Biotechnology, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~UNKNOWN~~

v.

SANTACRUZBIOTECH.COM

## C07 04275  VT

TO: (Name and address of defendant)

SANTACRUZBIOTECH.COM
KZ Holding 1
1000 Main
Tillamook, OR 97141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Gray IV
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 20 , 2007

*Sandy*

(BY) DEPUTY CLERK
Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                *Date*                                       *Signature of Server*

                                    _____
                                      *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Case 5:07-cv-04275-PVT   Document 75   Filed 11/19/2007   Page 7 of 12

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MORGAN, LEWIS & BOCKIUS<br>2 Palo Alto Square, 7th Floor<br>PALO ALTO, CA 94304 | | | | |

| Telephone No: (650) 843-4000   FAX: No: (650) 493-5556 | Ref. No or File No.:<br>56820.0006 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT DISTRICT**
Plaintiff: SANTA CRUZ BIOTECHNOLOGY, INC.
Defendant: SANTACRUZBIOTECH.COM

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date:<br>Tue, Nov. 27, 2007 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>C07 04275 PVT |
|---|---|---|---|---|

1. I, MARY BROWN, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KZ HOLDING 1 as follows:

2. *Documents:*   UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKAGE SUPPLIED BY COURT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 08/31/07 | 3:07pm | Business | BUSINESS DOES NOT EXIST AT THE ADDRESS GIVEN. I SPOKE WITH OTHER BUSINESS OWNERS AT THE GIVEN ADDRESS, NONE OF THE OTHER BUSINESS OWNERS HAVE HEARD OF THE COMPANY IN QUESTION. Attempt made by: MARY BROWN. Attempt at: 1000 MAIN TILLAMOOK OR 97141. |
| Tue | 09/04/07 | | | CHECKED WITH OREGON SECRETARY OF STATE OFFICE, NO RECORD OF THIS BUSINESS.<br><br>CANCEL PER CLIENT (COLLETTE) Attempt made by: D. KAUL. |
| Tue | 09/04/07 | 5:00pm | Business | Returned Not Served on: KZ HOLDING 1 Business - 1000 MAIN TILLAMOOK, OR. 97141 |

3. *Person Executing*
   a. MARY BROWN
   **b. SWIFT ATTORNEY SERVICE**
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Costs Per CCP 1033.5(a)(4)(H)
d. **The Fee for service was:** $150.00
e. *I am:* (3) Affiliate

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Wed, Sep. 05, 2007        **AFFIDAVIT OF REASONABLE DILIGENCE**        Mary Brown
                                                                                        (MARY BROWN)        morgan 12202

1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICH (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2212
4   Tel:  650.843.4000
    Fax:  650.843.4001
5
    Attorneys for Plaintiff
6   Con-way Inc.

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11  Santa Cruz Biotechnology, Inc.,

12                  Plaintiff,              **PROOF OF SERVICE**

13          vs.

14  SANTACRUZBIOTECH.COM,

15                  Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3660913.1                              PROOF OF SERVICE

1

## PROOF OF SERVICE

2    I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306. On October 23, 2007 I caused copies of the attached document(s) described as follows:

3

4

5

**COMPLAINT; SUMMONS; CERTIFICATION OF INTERESTED PARTIES**

to be served on:

6

    SANTACRUZBIOTECH.COM
7    c/o KZ Holding 1
    1000 Main
8    Tillamook, OR 97141

9

10  ☐    (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

11

12

13  ☐    (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

14

15

16  ☐    (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

17  ☐    (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

18  ☒    (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

19

20    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on October 23, 2007.

21

22

                          _____

23                             Colette C. Aragón

24

25

26

27

28

1-PA/3660913.1                       2                   PROOF OF SERVICE



**Colette Aragon /PA/MLBLaw**
10/23/2007 03:25 PM

To  kzh1@pwbn.com

cc

bcc  Bruno W. Tarabichi/PA/MLBLaw@MorganLewis; Andrew J.
Gray IV/PA/MLBLaw@MorganLewis

Subject  Santa Cruz Biotechnology, Inc. vs.
SANTACRUZBIOTECH.COM - Case No. 07-4275 PVT



p001 08-20-07 Complaint and Exhibits A-D  [Case No. 07-4275 PVT].pdf



p001 Certificate of Interested Parties  [Case No. 07-4275 PVT].pdf



p001 Civil Cover Sheet [Case No. 07-4275 PVT].pdf



p001 Summons [Case No. 07-4275 PVT].pdf



10-23-07 Proof of Service.pdf   p002 08-20-07 Court Packet ADR information.pdf

# EXHIBIT B

Case 5:07-cv-04275-PVT    Document 7    Filed 11/19/2007    Page 12 of 12

NetworkSolutions

Login

Your cart is empty 

# WHOIS Search Results

**Become a trusted site!**
Buy an **SSL Certificate** for as low as **$99** per year          Continue »




## WHOIS Record For



**santacruzbiotech.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

SSL Certificates - Get peace of mind with a secure certificate.

Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!

CALL 1-800-361-5712

CONTACT me

=-=-=-=
Visit AboutUs.org for more information about SANTACRUZBIOTECH.COM
AboutUs: SANTACRUZBIOTECH.COM

Registration Service Provided By: KZ Holding 1
Contact: kzh1@pwbn.com

Domain name: SANTACRUZBIOTECH.COM

Administrative Contact:
   KZ Holding 1
   F Porter (kzh1@pwbn.com)
   +1.5034479012
   Fax:
   1000 Main
   Tillamook, OR 97141
   US

Technical Contact:
   KZ Holding 1
   F Porter (kzh1@pwbn.com)

Search »