ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> SANTACRUZBIOTECH.COM, <br><br> Defendant. | Case No. 5:07-cv-04275-PVT <br><br> **PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S NOTICE OF FILING REGARDING RULE 26(f) JOINT REPORT** |

Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") files this notice to bring to the Court's attention the fact that Defendant has not appeared in this action, and Plaintiff has filed a request for clerk's entry of default on November 19, 2007. After default is granted, Plaintiff intends to file a motion for entry of default judgment. Accordingly, Plaintiff respectfully submits that a Rule 26(f) Joint Report is not required in these circumstances.

Dated: November 19, 2007                MORGAN, LEWIS & BOCKIUS LLP


By    /s/ Bruno Tarabichi
      Andrew J. Gray
      Bruno Tarabichi
      Attorneys for Plaintiff
      Santa Cruz Biotechnology, Inc.

1-PA/3676434.1