| | |
|---|---|
| 1 | ANDREW J. GRAY IV (CA Bar No. 202137) |
| | BRUNO TARABICHI (CA Bar No. 215129) |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2122 |
| 4 | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc., | Case No. 5:07-cv-04275-PVT |
| Plaintiffs, | **PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 29, 2008** |
| vs. | |
| SANTACRUZBIOTECH.COM, | |
| Defendant. | |

Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") respectfully requests that the Court continue the initial case management conference set for November 27, 2007 at 2:00 p.m. to January 29, 2008 at 2:00 p.m.

Good cause exists for this request because Defendant has not appeared in this action, and Plaintiff has filed a request for clerk's entry of default on November 19, 2007.  Continuing the initial case management conference will provide additional time for the clerk to enter default and for Plaintiff to then file its motion for entry of default judgment, which, if granted, will obviate the need for an initial case management conference.

//

//

1

2  Dated:  November 19, 2007					MORGAN, LEWIS & BOCKIUS LLP

3

4							By       /s/ Bruno Tarabichi
							    Andrew J. Gray
5							    Bruno Tarabichi
							    Attorneys for Plaintiff
6							    Santa Cruz Biotechnology, Inc.

7

8  IT IS SO ORDERED

9  Date:  _____
							_____
10							Honorable Patricia V. Trumbull

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3676430.1