1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2212
4   Tel:  650.843.4000
    Fax:  650.843.4001
5

6   Attorneys for Plaintiff
    Santa Cruz Biotechnology, Inc.
7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9

    Santa Cruz Biotechnology, Inc.,                    Case No. 07 CV 04275 PVT
10                  Plaintiff,
                                                       **PROOF OF SERVICE**
11          v.

12  SANTACRUZBIOTECH.COM,
                    Defendant.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3676454.1

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306.  On November 19, 2007, I caused copies of the attached document(s) described as follows:

**PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST SANTACRUZBIOTECH.COM; PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 29, 2008; PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC'S NOTICE OF FILING REGARDING RULE 26(F) JOINT REPORT**

to be served on

        SANTACRUZBIOTECH.COM
        c/o KZ Holding 1
        1000 Main
        Tillamook, OR 97141
        kzh1@pwbn.com

☐ (BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☐ (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on November 19, 2007.

        /s/ Colette C. Aragón
        Colette C. Aragón