ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> SANTACRUZBIOTECH.COM, <br><br> Defendant. | Case No. 5:07-cv-04275-PVT <br> ORDER GRANTING <br> **PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO JANUARY 29, 2008** |

Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") respectfully requests that the Court continue the initial case management conference set for November 27, 2007 at 2:00 p.m. to January 29, 2008 at 2:00 p.m.

Good cause exists for this request because Defendant has not appeared in this action, and Plaintiff has filed a request for clerk's entry of default on November 19, 2007. Continuing the initial case management conference will provide additional time for the clerk to enter default and for Plaintiff to then file its motion for entry of default judgment, which, if granted, will obviate the need for an initial case management conference.

//

//

REQUEST TO CONTINUE CMC

1-PA/3676430.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 19, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | |
| 4 | | By      /s/ Bruno Tarabichi |
| 5 | | Andrew J. Gray |
| | | Bruno Tarabichi |
| 6 | | Attorneys for Plaintiff |
| | | Santa Cruz Biotechnology, Inc. |
| 7 | | |
| 8 | IT IS SO ORDERED | |
| 9 | Date: November 20, 2007 | *Patricia V. Trumbull* |
| 10 | | Honorable Patricia V. Trumbull |

1-PA/3676430.1

2

REQUEST TO CONTINUE CMC