**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking            General Court Number
Clerk                                       408.535.5364

December 3, 2007


RE:  CV 07-04275 PVT      SANTA CRUZ BIOTECHNOLOGY, INC.-v- SANTA CRUZBIOTECH.COM


Default is declined as to defendant Santacruzbiotech.com on November 30, 2007.



                    RICHARD W. WIEKING, Clerk


                    by:  Betty Walton
                    Case Systems Administrator