ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTACRUZBIOTECH.COM,<br><br>Defendant. | Case No. 5:07-cv-04275-PVT<br><br>**DECLARATION OF BRUNO W. TARABICHI IN SUPPORT OF PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST SANTACRUZBIOTECH.COM** |

**DECLARATION OF BRUNO W. TARABICHI IN SUPPORT OF
REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, BRUNO TARABICHI, declare as follows:

1. I am an attorney at law, duly admitted into practice before all courts for the State of California.  I am an associate of the law firm of Morgan, Lewis & Bockius LLP, counsel for Plaintiff Santa Cruz Biotechnology, Inc.  I make this Declaration in support of Plaintiff's Request for Clerk's Entry of Default Against SANTACRUZBIOTECH.COM.

2. Defendant SANTACRUZBIOTECH.COM is a domain name, and therefore, is not an incompetent person and is not in the military.  The registrant of Defendant SANTACRUZBIOTECH.COM is KZ Holding 1, a company; as such, on information and

1  belief, KZ Holding 1 is not an incompetent person or in the military.

3  Dated:  December 4, 2007               MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Bruno Tarabichi
    Andrew J. Gray IV
    Bruno Tarabichi
    Attorneys for Plaintiff
    Santa Cruz Biotechnology, Inc.

1-PA/3679050.1

2

TARABICHI DECLARATION
ISO OF ENTRY OF DEFAULT