**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                   General Court Number
Clerk                                                                         408.535.5364

December 6, 2007

RE: <u>CV 07-04275 PVT</u>      <u>SANTA CRUZ BIOTECHNOLOGY, INC.-v- SANTA
CRUZBIOTECH.COM</u>

Default is entered as to Defendant Santacruzbiotech.com on December 6, 2007.

                                        RICHARD W. WIEKING, Clerk


                                        by <u>Betty Walton</u>
                                        Case Systems Administrator

NDC TR-4  Rev. 3/89