ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Santa Cruz Biotechnology, Inc., | Case No. 5:07-cv-04275-PVT |
|---|---|
| Plaintiffs, | **PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES FOR ENTRY OF DEFAULT JUDGMENT AGAINST SANTACRUZBIOTECH.COM** |
| vs. | |
| SANTACRUZBIOTECH.COM, | |
| Defendant. | |

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

PLEASE TAKE NOTICE that Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") hereby moves this Court for entry of default judgment against Defendant SANTACRUZBIOTECH.COM ("Defendant"). The grounds for this Motion are set forth below in Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Entry of Default Judgment Against SANTACRUZBIOTECH.COM.

Plaintiff seeks the following relief in connection with this Motion: (1) that the Court enter default judgment against the SANTACRUZBIOTECH.COM domain name for failing to file a timely response; (2) that the Court order eNom Inc., the domain name registrar for the

SANTACRUZBIOTECH.COM domain name, to transfer and register the SANTACRUZBIOTECH.COM domain name to Plaintiff; and (3) that the Court order Verisign, Inc., the domain name registry for the SANTACRUZBIOTECH.COM domain name, to transfer and register the SANTACRUZBIOTECH.COM domain name to Plaintiff.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff requests that the Court enter default judgment against Defendant SANTACRUZBIOTECH.COM for failing to file a responsive pleading in a timely fashion.

The requirements for service of process in an *in rem* civil action for cybersquatting are set out in 15 U.S.C. § 1125(d)(2)(A)(B). The statute requires the plaintiff to serve the summons and complaint to the registrant of the domain name at the postal and e-mail address provided by the registrant to the registrar.

On August 31, 2007, Plaintiff attempted to personally serve KZ Holding 1, the Registrant of SANTACRUZBIOTECH.COM, with the Summons and Complaint at 1000 Main, Tillamook, Oregon 94141, which is the address listed on the WHOIS data for the SANTACRUZBIOTECH.COM domain name. *See* Exhibit A, Notice of Filing of Proof of Service of Complaint, and Exhibit B, the WHOIS data. However, KZ Holding 1 does not reside at that address. *See* Exhibit A. Accordingly, pursuant to 15 U.S.C. § 1125(d)(2)(B), which provides for service of process in an *in rem* cybersquatting action, Plaintiff also served a copy of the Complaint and Summons by email to kzh1@pwbn.com on October 23, 2007, the email address listed in the WHOIS data. *See* Exhibit B. Plaintiff has not received a return email indicating that its service email was undeliverable. Registrant KZ Holding 1 has failed to file a responsive pleading, and, as a result, the SANTACRUZBIOTECH.COM domain name is in default. *See* Fed. R. Civ. P. 55.

On December 4, 2007, Plaintiff filed a Request for Entry of Default, which the court clerk granted on December 6, 2007.

Accordingly with default having been entered, Plaintiff now respectfully requests that the Court enter a default judgment against the SANTACRUZBIOTECH.COM domain name

1-PA/3683329.1

and order the domain name registrar and registry to transfer the domain name to Plaintiff. Plaintiff has simultaneously filed a proposed order for the Court's consideration. Plaintiff requests that the Court decide this matter on the papers, as the Registrant of the SANTCRUZBIOTECH.COM domain name has not appeared in this action and will likely not appear at a hearing if one is scheduled.

Dated: January 3, 2008                                  MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Bruno Tarabichi
    Andrew J. Gray IV
    Bruno Tarabichi
    Attorneys for Plaintiff
    Santa Cruz Biotechnology, Inc.

# EXHIBIT A

ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Santa Cruz Biotechnology, Inc.,<br>Plaintiff, | Case No. 07 CV 4275 PVT |
|---|---|
| v. | **NOTICE OF FILING OF PROOF OF SERVICE OF PROCESS OF COMPLAINT AND SUMMONS UPON DEFENDANT SANTACRUZBIOTECH.COM** |
| SANTACRUZBIOTECH.COM,<br>Defendant. | |

Attached hereto is the Summons and affidavit providing proof of service of process of the Complaint and Summons upon SANTACRUZBIOTECH.COM in this action.

Respectfully submitted,

Dated: November 19, 2007     /s/ Bruno Tarabichi

ANDREW J. GRAY IV
BRUNO TARABICHI
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Plaintiff
Santa Cruz Biotechnology, Inc.

ORIGINAL

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Santa Cruz Biotechnology, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~UNKNOWN~~

V.

SANTACRUZBIOTECH.COM

**C07 04275 PVT**

TO: (Name and address of defendant)

SANTACRUZBIOTECH.COM
KZ Holding 1
1000 Main
Tillamonk, OR 97141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Gray IV
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 20, 2007

(signature)
(BY) DEPUTY CLERK
Sandy Morris

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| **STATEMENT OF SERVICE FEES** |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____              _____
             Date                                  Signature of Server

                                                   _____
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SEP-05-2007 14:12 From: To:Fax P.2/2
Case 5:07-cv-04275-PVT   Document 18   Filed 01/03/2008   Page 8 of 15
Case 5:07-cv-04275-PVT   Document 5   Filed 11/19/2007   Page 4 of 7

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MORGAN, LEWIS & BOCKIUS<br>2 Palo Alto Square, 7th Floor<br>PALO ALTO, CA 94304 | |
| Telephone No: (650) 843-4000  FAX No: (650) 493-5556  Ref. No or File No.: 56820.0006 | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT
Plaintiff: SANTA CRUZ BIOTECHNOLOGY, INC.
Defendant: SANTACRUZBIOTECH.COM

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: Tue, Nov. 27, 2007 | Time: 2:00pm | Dept/Div: | Case Number: C07 04275 PVT |
|---|---|---|---|---|

1. I, MARY BROWN, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KZ HOLDING 1 as follows:

2. Documents: UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKAGE SUPPLIED BY COURT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/31/07 | 3:07pm | Business | BUSINESS DOES NOT EXIST AT THE ADDRESS GIVEN. I SPOKE WITH OTHER BUSINESS OWNERS AT THE GIVEN ADDRESS, NONE OF THE OTHER BUSINESS OWNERS HAVE HEARD OF THE COMPANY IN QUESTION. Attempt made by: MARY BROWN. Attempt at: 1000 MAIN TILLAMOOK OR 97141. |
| Tue | 09/04/07 | | | CHECKED WITH OREGON SECRETARY OF STATE OFFICE, NO RECORD OF THIS BUSINESS.<br><br>CANCEL PER CLIENT (COLLETTE) Attempt made by: D. KAUL. |
| Tue | 09/04/07 | 5:00pm | Business | Returned Not Served on: KZ HOLDING 1 Business - 1000 MAIN TILLAMOOK, OR. 97141 |

3. Person Executing
   a. MARY BROWN
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Costs Per CCP 1033.5(a)(4)(H)
d. The Fee for service was: $150.00
e. I am: (3) Affralite

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Sep. 05, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     _Mary Brown_ (MARY BROWN)     morgan 12202

1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICH (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
4  Tel: 650.843.4000
   Fax: 650.843.4001

5  Attorneys for Plaintiff
   Con-way Inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 Santa Cruz Biotechnology, Inc.,

12         Plaintiff,                    **PROOF OF SERVICE**

13     vs.

14 SANTACRUZBIOTECH.COM,

15         Defendants

16

1-PA/3660913.1                                    PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306. On October 23, 2007 I caused copies of the attached document(s) described as follows:

**COMPLAINT; SUMMONS; CERTIFICATION OF INTERESTED PARTIES**

to be served on:

> SANTACRUZBIOTECH.COM
> c/o KZ Holding 1
> 1000 Main
> Tillamook, OR 97141

☐ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☐ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on October 23, 2007.

_____
Colette C. Aragón

1-PA/3660913.1                           2                           PROOF OF SERVICE



**Colette Aragon /PA/MLBLaw**
10/23/2007 03:25 PM

To  kzh1@pwbn.com
cc
bcc  Bruno W. Tarabichi/PA/MLBLaw@MorganLewis; Andrew J. Gray IV/PA/MLBLaw@MorganLewis
Subject  Santa Cruz Biotechnology, Inc. vs. SANTACRUZBIOTECH.COM - Case No. 07-4275 PVT

p001 08-20-07 Complaint and Exhibits A-D [Case No. 07-4275 PVT].pdf

p001 Certificate of Interested Parties [Case No. 07-4275 PVT].pdf   p001 Civil Cover Sheet [Case No. 07-4275 PVT].pdf

p001 Summons [Case No. 07-4275 PVT].pdf

10-23-07 Proof of Service.pdf   p002 08-20-07 Court Packet ADR information.pdf

# EXHIBIT B

WHOIS Search provides domain registration information from Network Solutions.

Page 1 of 3

# NetworkSolutions

Login

Your cart is empty

# WHOIS Search Results



**Become a trusted site!**
Buy an **SSL Certificate** for as low as $99 per year    [ Continue » ]

Secure your Web site for important online transactions. » LEARN MORE

## WHOIS Record For



**santacruzbiotech.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!
CALL 1-800-361-5712
**CONTACT me**

[ Search » ]

=-=-=-=
Visit AboutUs.org for more information about SANTACRUZBIOTECH.COM
AboutUs: SANTACRUZBIOTECH.COM

Registration Service Provided By: KZ Holding 1
Contact: kzh1@pwbn.com

Domain name: SANTACRUZBIOTECH.COM

Administrative Contact:
  KZ Holding 1
  F Porter (kzh1@pwbn.com)
  +1.5034479012
  Fax:
  1000 Main
  Tillamook, OR 97141
  US

Technical Contact:
  KZ Holding 1
  F Porter (kzh1@pwbn.com)

```
        +1.5034479012
    Fax:
    1000 Main
    Tillamook, OR 97141
    US

Registrant Contact:
    KZ Holding 1
    F Porter (kzh1@pwbn.com)
    +1.5034479012
    Fax:
    1000 Main
    Tillamook, OR 97141
    US

Status: Locked

Name Servers:
    NS1.BNMQ.COM
    NS2.BNMQ.COM

Creation date: 24 Apr 2000 17:53:18
Expiration date: 24 Apr 2008 17:53:18
=-=-=-=
```

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:**    209.85.51.151  (ARIN & RIPE IP search)
**IP Location:**   -(-)

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| santacruzbi... | ☑ | .net |
| santacruzbi... | ☑ | .org |
| santacruzbi... | ☑ | .info |
| santacruzbi... | ☑ | .biz |
| santacruzbi... | ☑ | .tv |
| santacruzbi... | ☑ | .us |
| santacruzbi... | ☑ | .cc |
| santacruzbi... | ☑ | .ws |
| santacruzbi... | ☑ | .bz |
| santacruzbi... | ☑ | .vg |
| santacruzbi... | ☑ | .gs |
| santacruzbi... | ☑ | .tc |
| santacruzbi... | ☑ | .ms |

Continue ▶

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name
○ NIC Handle

WHOIS Search provides domain regi~~tion information from Network Soluti~

Page 3 of 3

| | |
|---|---|
| **Record Type:** | Domain Name |
| **Server Type:** | Other |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 25-Jul-2006 |

○ **IP Address**

[ Search ≫ ]



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee
[ Go ≫ ]



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99 one time set-up fee**
[ Go ≫ ]

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics



Secure Your Site with an SSL Certificate

© Copyright 2007 Network Solutions. All rights reserved.

 

"An outstanding customer service experience"
J.D. Power and Associates