# EXHIBIT A

1   ANDREW J. GRAY IV (CA Bar No. 202137)
    BRUNO TARABICHI (CA Bar No. 215129)
2   MORGAN, LEWIS & BOCKIUS LLP
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2212
4   Tel:  650.843.4000
    Fax:  650.843.4001
5
6   Attorneys for Plaintiff
    Santa Cruz Biotechnology, Inc.
7                          UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9
    Santa Cruz Biotechnology, Inc.,              Case No. 07 CV 4275 PVT
10              Plaintiff,
                                                 **NOTICE OF FILING OF PROOF OF**
11        v.                                     **SERVICE OF PROCESS OF**
                                                 **COMPLAINT AND SUMMONS UPON**
12  SANTACRUZBIOTECH.COM,                        **DEFENDANT**
                Defendant.                       **SANTACRUZBIOTECH.COM**
13
14          Attached hereto is the Summons and affidavit providing proof of service of process of the

15  Complaint and Summons upon SANTACRUZBIOTECH.COM in this action.

16
                                                 Respectfully submitted,
17
    Dated:   November 19, 2007                   /s/ Bruno Tarabichi
18                                               _____
                                                 ANDREW J. GRAY IV
19                                               BRUNO TARABICHI
                                                 MORGAN, LEWIS & BOCKIUS LLP
20                                               Attorneys for Plaintiff
                                                 Santa Cruz Biotechnology, Inc.
21
22
23
24
25
26
27
28

                           **FILING OF PROOF OF SERVICE UPON SANTACRUZBIOTECH.COM**
                                                                   Case No. 07 CV 4275 PVT

1-PA/3676427.1

ORIGINAL

-FILING

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Santa Cruz Biotechnology, Inc.

v.

SANTACRUZBIOTECH.COM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~UNKNOWN~~

C07 04275 VT

TO: (Name and address of defendant)

SANTACRUZBIOTECH.COM
 KZ Holding 1
 1000 Main
 Tillamonk, OR 97141

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Gray IV
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

an answer to the complaint which is herewith served upon you, within  20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 20 , 2007

(BY) DEPUTY CLERK
Sandy Morris



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

| Check one box below to indicate appropriate method of service |
|---|

☐     Served Personally upon the Defendant. Place where served:

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                                                    Signature of Server

                                                                   _____
                                                                   Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SEP-05-2007 14:12 From:                                    To:Fax                        P.2/2

| Attorney or Party without Attorney:<br>MORGAN, LEWIS & BOCKIUS<br>2 Palo Alto Square, 7th Floor<br>PALO ALTO, CA 94304 | For Court Use Only |
|---|---|

Telephone No: (650) 843-4000    FAX No: (650) 493-5556    | Ref. No or File No.:<br>56820.0006 |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT
Plaintiff: SANTA CRUZ BIOTECHNOLOGY, INC.
Defendant: SANTACRUZBIOTECH.COM

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date:<br>Tue, Nov. 27, 2007 | Time:<br>2:00pm | Dept/Div: | Case Number:<br>C07 04275 PVT |
|---|---|---|---|---|

1.  I, MARY BROWN, and any employee or independent contractors retained by SWIFT ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KZ HOLDING 1 as follows:

2.  **Documents:**   UNITED STATES DISTRICT COURT SUMMONS AND COMPLAINT IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADR PACKAGE SUPPLIED BY COURT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/31/07 | 3:07pm | Business | BUSINESS DOES NOT EXIST AT THE ADDRESS GIVEN. I SPOKE WITH OTHER BUSINESS OWNERS AT THE GIVEN ADDRESS, NONE OF THE OTHER BUSINESS OWNERS HAVE HEARD OF THE COMPANY IN QUESTION. Attempt made by: MARY BROWN. Attempt at: 1000 MAIN TILLAMOOK OR 97141. |
| Tue | 09/04/07 | | | CHECKED WITH OREGON SECRETARY OF STATE OFFICE, NO RECORD OF THIS BUSINESS.<br><br>CANCEL PER CLIENT (COLLETTE) Attempt made by: D. KAUL. |
| Tue | 09/04/07 | 5:00pm | Business | Returned Not Served on: KZ HOLDING 1 Business - 1000 MAIN TILLAMOOK, OR. 97141 |

3.  **Person Executing**
    a. MARY BROWN
    b. SWIFT ATTORNEY SERVICE
       P.O. BOX 5324
       500 ALLERTON STREET, SUITE 105
       Redwood City, CA 94063
    c. (650)364-9612, FAX (650)364-3305

    Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. The Fee for service was: $150.00
    e. I am: (3) Affiliate

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Sep. 05, 2007        AFFIDAVIT OF REASONABLE DILIGENCE        *Mary Brown*
                                                                            (MARY BROWN)                morgan 12202

1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICH (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel:  650.843.4000
   Fax:  650.843.4001

5  Attorneys for Plaintiff
   Con-way Inc.
6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  Santa Cruz Biotechnology, Inc.,

12                Plaintiff,              PROOF OF SERVICE

13          vs.

14  SANTACRUZBIOTECH.COM,

15                Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3660913.1

                                          PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, CA 94306. On October 23, 2007 I caused copies of the attached document(s) described as follows:

**COMPLAINT; SUMMONS; CERTIFICATION OF INTERESTED PARTIES**

to be served on:

> SANTACRUZBIOTECH.COM
> c/o KZ Holding 1
> 1000 Main
> Tillamook, OR 97141

☐ (BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☐ (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on October 23, 2007.

_____
Colette C. Aragón

1-PA/3660913.1                     2                     PROOF OF SERVICE



**Colette Aragon /PA/MLBLaw**
10/23/2007 03:25 PM

To    kzh1@pwbn.com

cc

bcc    Bruno W. Tarabichi/PA/MLBLaw@MorganLewis; Andrew J.
Gray IV/PA/MLBLaw@MorganLewis

Subject    Santa Cruz Biotechnology, Inc. vs.
SANTACRUZBIOTECH.COM - Case No. 07-4275 PVT

p001 08-20-07 Complaint and Exhibits A-D  [Case No. 07-4275 PVT].pdf

p001 Certificate of Interested Parties  [Case No. 07-4275 PVT].pdf    p001 Civil Cover Sheet [Case No. 07-4275 PVT].pdf

p001 Summons [Case No. 07-4275 PVT].pdf



10-23-07 Proof of Service.pdf    p002  08-20-07 Court Packet ADR information.pdf

# EXHIBIT B

# EXHIBIT C

WHOIS Search provides domain registration information from Network Solutions.     Page 1 of 3

# NetworkSolutions

Login

Your cart is empty 🛒



# WHOIS Search Results

**Become a trusted site!**
Buy an **SSL Certificate** for as low as **$99** per year     Continue »

Secure your Web site for important online transactions. » LEARN MORE

### WHOIS Record For



**santacruzbiotech.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!
CALL 1-800-361-5712
CONTACT me

=-=-=-=
Visit AboutUs.org for more information about SANTACRUZBIOTECH.COM
AboutUs: SANTACRUZBIOTECH.COM

Registration Service Provided By: KZ Holding 1
Contact: kzh1@pwbn.com

Domain name: SANTACRUZBIOTECH.COM

Administrative Contact:
   KZ Holding 1
   F Porter (kzh1@pwbn.com)
   +1.5034479012
   Fax:
   1000 Main
   Tillamook, OR 97141
   US

Technical Contact:
   KZ Holding 1
   F Porter (kzh1@pwbn.com)

Search »

WHOIS Search provides domain registration information from Network Solutic ~

```
                              +1.5034479012
                              Fax:
                              1000 Main
                              Tillamook, OR 97141
                              US

                           Registrant Contact:
                              KZ Holding 1
                              F Porter (kzh1@pwbn.com)
                              +1.5034479012
                              Fax:
                              1000 Main
                              Tillamook, OR 97141
                              US

                           Status: Locked

                           Name Servers:
                              NS1.BNMQ.COM
                              NS2.BNMQ.COM
```

Creation date: 24 Apr 2000 17:53:18
Expiration date: 24 Apr 2008 17:53:18
=-=-=-=
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002
The previous information has been obtained either directly from the registrant or a registrar
of the domain name other than Network Solutions. Network Solutions, therefore, does not
guarantee its accuracy or completeness.

   Show underlying registry data for this record

**Current Registrar:** ENOM, INC.
**IP Address:**     209.85.51.151  (ARIN & RIPE IP search)
**IP Location:**    -(-)

**BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME**

| | | |
|---|---|---|
| santacruzbi... | ☑ | .net |
| santacruzbi... | ☑ | .org |
| santacruzbi... | ☑ | .info |
| santacruzbi... | ☑ | .biz |
| santacruzbi... | ☑ | .tv |
| santacruzbi... | ☑ | .us |
| santacruzbi... | ☑ | .cc |
| santacruzbi... | ☑ | .ws |
| santacruzbi... | ☑ | .bz |
| santacruzbi... | ☑ | .vg |
| santacruzbi... | ☑ | .gs |
| santacruzbi... | ☑ | .tc |
| santacruzbi... | ☑ | .ms |

**Continue ≫**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉  **Domain Name**
○  **NIC Handle**

WHOIS Search provides domain registration information from Network Solutic

| Record Type: | Domain Name |
| Server Type: | Other |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 25-Jul-2006 |

○ **IP Address**

[ Search ≫ ]



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $49.95/month, plus a $399.00 design fee

[ Go ≫ ]



**PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as **$125/month** plus **$99** one time set-up fee

[ Go ≫ ]

Domain Names  |  Web Hosting  |  Web Design  |  SSL Certificates  |  Sell Online  |  Email Security  |  Pay Per Click  |  Online Marketing
Design a Website  |  Search Engine Optimization  |  Custom Logo Design  |  Press Release Services  |  Email Account  |  Web Analytics



**Secure Your Site with an SSL Certificate**

© Copyright 2007 Network Solutions. All rights reserved.





"An outstanding customer service experience"
J.D. Power and Associates