ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

E-mail: agray@morganlewis.com
E-mail: btarabichi@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santa Cruz Biotechnology, Inc.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>SANTACRUZBIOTECH.COM,<br><br>                    Defendant. | Case No. 5:07-cv-04275-PVT<br><br>**[PROPOSED] ORDER ENTERING DEFAULT JUDGMENT AGAINST SANTACRUZBIOTECH.COM AND ORDERING THE TRANSFER OF SANTACRUZBIOTECH.COM TO PLAINTIFF** |

Having considered Plaintiff's Motion for Default Judgment,

IT IS SO ORDERED, ADJUDGED AND DECREED:

1.     Default judgment is entered against the SANTACRUZBIOTECH.COM domain name for failing to file a response;

2.     eNom Inc., the domain name registrar for the SANTACRUZBIOTECH.COM domain name, shall transfer and register the SANTACRUZBIOTECH.COM domain name to Santa Cruz Biotechnology, Inc.; and

3.     Verisign, Inc., the domain name registry for the SANTACRUZBIOTECH.COM

1  domain name, shall change the registrar of record for the SANTACRUZBIOTECH.COM

2  domain name from the current registrar to Network Solutions, LLC, who will subsequently

3  transfer ownership of and register the SANTACRUZBIOTECH.COM domain name to Santa

4  Cruz Biotechnology, Inc.

        IT IS SO ORDERED.

Dated:                                              Respectfully submitted,

                                                    _____
                                                    The Honorable Patricia V. Trumbull
                                                    United States Magistrate Judge

1-PA/3683335.1