1  ANDREW J. GRAY IV (CA Bar No. 202137)
   BRUNO TARABICHI (CA Bar No. 215129)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2212
4  Tel: 650.843.4000
5  Fax: 650.843.4001

6  Attorneys for Plaintiff
   Santa Cruz Biotechnology, Inc.

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9
   Santa Cruz Biotechnology, Inc.,                Case No. 07 CV 04275 PVT
10           Plaintiff,
                                                  **PROOF OF SERVICE**
11       v.

12 SANTACRUZBIOTECH.COM,
             Defendant.

**PROOF OF SERVICE**
Case No. 07 CV 4275 PVT

1-PA/3683340.1

# PROOF OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On January 3, 2008, I caused copies of the attached document(s) described as follows:

**PLAINTIFF SANTA CRUZ BIOTECHNOLOGY, INC.'S NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES FOR ENTRY OF DEFAULT JUDGMENT AGAINST SANTACRUZBIOTECH.COM; [PROPOSED] ORDER ENTERING DEFAULT JUDGMENT AGAINST SANTACRUZBIOTECH.COM AND ORDERING THE TRANSFER OF SANTACRUZBIOTECH.COM TO PLAINTIFF**

to be served on

> SANTACRUZBIOTECH.COM
> c/o KZ Holding 1
> 1000 Main
> Tillamook, OR 97141
> kzh1@pwbn.com

☐ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

☐ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on January 3, 2008.

      /s/ Colette C. Aragón
    Colette C. Aragón