**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SANTA CRUZ BIOTECHNOLOGY, INC.,   C 07-4275 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

SANTACRUZBIOTECH.COM,

    *Defendant(s).*

Please take notice that the Case Management Conference scheduled for January 29, 2008 at 2:00 p.m. has been rescheduled to **April 29, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: January 28, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK