ANDREW J. GRAY IV (CA Bar No. 202137)
AHREN C. HOFFMAN (CA Bar No. 250469)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

E-mail: agray@morganlewis.com
E-mail: ahoffman@morganlewis.com

Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CRUZ BIOTECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SANTACRUZBIOTECH.COM, <br><br> Defendant. | Case No. 5:07-cv-04275-PVT <br><br> **PLAINTIFF'S CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** <br><br> Date: April 29, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom #5 <br> Judge: Hon. Patricia V. Trumbull |

Plaintiff Santa Cruz Biotechnology, Inc. ("Plaintiff") respectfully submits this Case Management Statement. Plaintiff is filing a separate statement because the SANTACRUZBIOTECH.COM domain ("Defendant") is currently in default. As Defendant is in default, Plaintiff respectfully requests that the Court conduct a hearing on its Motion for Entry of Default Judgment Against SANTACRUZBIOTECH.COM on May 6, 2008 at 10:00 a.m. or at the Court's earliest convenience. Plaintiff is unaware of any other scheduling matters that warrant the Court's attention at this time.

## DESCRIPTION OF THE CASE

**1.    Jurisdiction and Service:**

Plaintiff is a Delaware corporation with its principal place of business in Santa Cruz, California. The WHOIS data for the SANTACRUZBIOTECH.COM domain name identifies the Registrant of the SANTACRUZBIOTECH.COM domain name as KZ Holding 1 with an address in Tillamonk, Oregon and an e-mail address at kzh1@pwbn.com.

1

2     This Court has *in rem* jurisdiction over the SANTACRUZBIOTECH.COM domain
name pursuant to 15 U.S.C. § 1125(d)(2) because it constitutes personal property located
3     within the territorial jurisdiction of the United States and this judicial district.  Venue is proper
in this judicial district pursuant to 15 U.S.C. § 1125(d)(2) because Verisign, Inc., the registry
4     of the SANTACRUZBIOTECH.COM domain name, is located in this judicial district.

5     On August 31, 2007, Plaintiff attempted to personally serve KZ Holding 1, the
Registrant of SANTACRUZBIOTECH.COM, with the Summons and Complaint at 1000
6     Main, Tillamook, Oregon 94141, which is the address listed on the WHOIS data for the
SANTACRUZBIOTECH.COM domain name.  However, KZ Holding 1 does not reside at that
7     address.  Accordingly, pursuant to 15 U.S.C. § 1125(d)(2)(B), which provides for service of
process in an *in rem* cybersquatting action, Plaintiff also served a copy of the Complaint and
8     Summons by email to kzh1@pwbn.com on October 23, 2007, the email address listed in the
WHOIS data.  Plaintiff has not received a return email indicating that its service email was
9     undeliverable.

10

11     To date, Registrant KZ Holding 1 has failed to file a responsive pleading, and, as a
result, Defendant is in default.  *See* Fed. R. Civ. P. 55.  On December 4, 2007, Plaintiff filed a
12     Request for Entry of Default, which the court clerk granted on December 6, 2007.

13     **2.     Facts:**

14

15     Plaintiff designs and develops biotechnological products, including antibodies and
chemical reagents, and related services, which are marketed and sold in the United States and
16     throughout the world.  Since at least as early as 1992, Plaintiff has used its distinctive SANTA
CRUZ BIOTECHNOLOGY name and mark in connection with biotechnological products and
17     related services.  In this regard, Plaintiff owns four U.S. trademark registrations for SANTA
CRUZ BIOTECHNOLOGY.

18

19     By virtue of Plaintiff's continuous and exclusive use, advertising, and promotion, the
SANTA CRUZ BIOTECHNOLOGY trademark has come to symbolize extensive goodwill.
20     The SANTA CRUZ BIOTECHNOLOGY trademark and the goodwill associated therewith
represent an extremely valuable asset to Plaintiff.  As a result of Plaintiff's efforts and
21     investment, the SANTA CRUZ BIOTECHNOLOGY trademark has attained substantial selling
power and is well recognized among customers in the biotechnology industry as identifying
22     Santa Cruz Biotechnology.  In addition, Plaintiff owns the
SANTACRUZBIOTECHNOLOGY.COM and SCBT.COM domain names, which it uses to
23     advertise and sell its biotechnology products and services.

24     On or about January 10, 2007, Plaintiff became aware that KZ Holding 1 had registered
the SANTACRUZBIOTECH.COM domain name and was using the domain name in
25     connection with a search directory to provide links to Plaintiff's direct competitors.  On
February 7, 2007, promptly upon discovering KZ Holding 1's improper registration of the
26     SANTACRUZBIOTECH.COM domain name, Plaintiff sent a cease and desist letter to KZ
Holding 1 at the mailing address and e-mail address listed in the WHOIS data for the
27     SANTACRUZBIOTECH.COM domain name.  After receiving no response from KZ Holding
1, Plaintiff initiated this action.
28

1-PA/3701836.1

PLAINTIFF'S CASE MANAGEMENT
STATEMENT

**3.    Legal Issues:**

As Defendant is in default, no legal issues are presently in dispute.

**4.    Motions:**

Currently pending before the Court is Plaintiff's Motion for Entry of Default Judgment Against SANTACRUZBIOTECH.COM ("Motion for Default Judgment") (Docket Item ("DI") 18), which Plaintiff filed after the clerk's entry of default on December 6, 2007 (DI 15). Since Defendant is in default, and thus no legal issues are in dispute, Plaintiff did not notice a hearing for its Motion for Default Judgment.  If the Court is so inclined, Plaintiff respectfully requests that the matter be heard on May 6, 2008 at 10:00 a.m. or at the Court's earliest convenience.

**5.    Amendment of Pleadings:**

As Defendant is in default, no amendment of pleadings is necessary.

**6.    Evidence Preservation:**

As Defendant is in default, the parties have not discussed preservation of evidence.

**7.    Disclosures:**

As Defendant is in default, no disclosures have been made.

**8.    Discovery:**

As Defendant is in default, no discovery is necessary.

**9.    Class Actions:**

This action is not a class action.

**10.    Related Cases:**

Plaintiff is unaware of any related cases.

**11.    Relief:**

In the Motion for Default Judgment, Plaintiff seeks the following relief: (1) that the Court enter default judgment against Defendant for failing to file a timely response; (2) that the Court order eNom Inc., the domain name registrar for the SANTACRUZBIOTECH.COM domain name, to transfer and register the SANTACRUZBIOTECH.COM domain name to Plaintiff; and (3) that the Court order Verisign, Inc., the domain name registry for the SANTACRUZBIOTECH.COM domain name, to transfer and register the SANTACRUZBIOTECH.COM domain name to Plaintiff.

**12.    Settlement and ADR:**

The parties have not discussed settlement or ADR.

**13.    Consent to Magistrate Judge For All Purposes:**

Plaintiff consents to proceeding before a Magistrate Judge for all purposes.

**14.    Other References:**

This case is not suitable for reference to binding arbitration or a special master nor is it appropriate for reference to the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues:**

It is not appropriate to narrow the issues at this time.

**16.    Expedited Schedule:**

The parties have not discussed the feasibility of an expedited schedule.

**17.    Scheduling:**

The parties have not discussed a schedule. As discussed above, Plaintiff proposes that the Court hear the Motion for Default Judgment on May 6, 2008 at 10:00 a.m. or at the Court's earliest convenience.

**18.    Trial:**

Plaintiff has not demanded a jury trial.

**19.    Disclosure of Non-Party Interested Entities or Persons:**

Plaintiff filed its "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16 together with its Complaint. Plaintiff is unaware of any other entities or persons that have an interest in this matter.

**20.    Other Matters:**

Plaintiff has no other matters to bring to the Court's attention.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] CASE MANAGEMENT ORDER

In light of Plaintiff's Case Management Statement, the Court will conduct a hearing on Plaintiff's Motion for Entry of Default Judgment Against SANTACRUZBIOTECH.COM on May 6, 2008 at 10:00 a.m.

Dated:  April 22, 2008                    MORGAN, LEWIS & BOCKIUS LLP

By _____Andrew J. Gray IV_____
   Andrew J. Gray IV
   Ahren C. Hoffman
   Attorneys for Plaintiff
   Santa Cruz Biotechnology, Inc.

IT IS SO ORDERED

**Dated:**_____    _____
                                        **PATRICIA V. TRUMBULL**
                                        **UNITED STATES MAGISTRATE JUDGE**