| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | ANDREW J. GRAY IV, State Bar No. 202137 |
| 2 | AHREN C. HOFFMAN, State Bar No. 250469 |
| | 2 Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306-2122 |
| 4 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 5 | E-mail: agray@morganlewis.com |
| 6 | Attorneys for Plaintiff |
| | Santa Cruz Biotechnology, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTA CRUZ BIOTECHNOLOGY, INC., | Case No. 5:07-cv-04275-PVT |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Date: April 29, 2008 |
| SANTACRUZBIOTECH.COM, | Time: 2:00 p.m. |
| Defendant. | Dept.: Courtroom #5 |
| | Judge: Hon. Patricia V. Trumbull |

**PROOF OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California 94306. On April 22, 2008, I caused copies of the attached document(s) described as follows:

**PLAINTIFF'S CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

to be served on:

SANTACRUZBIOTECH.COM
c/o KZ Holding 1
1000 Main
Tillamook, OR 97141
kzh1@pwbn.com

☒ (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

☐ (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☐ (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

☒ (BY ELECTRONIC MAIL)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California, on April 22, 2008.

　　　　　　　　　　　　　　　　　　　　/s/   Colette C. Aragón
　　　　　　　　　　　　　　　　　　　　　　　Colette C. Aragón