**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SANTA CRUZ BIOTECHNOLOGY,

    *Plaintiff(s)*,

vs.

SANTACRUZBIOTECH.COM,

    *Defendant(s)*.

C 07-4275 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference previously scheduled for April 29, 2008 has been rescheduled to **May 13, 2008 at 2:00 p.m. for Case Management Conference** before Magistrate Patricia V. Trumbull. Parties are to appear in Courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 23, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK