1 ANDREW J. GRAY IV (CA Bar No. 202137)
BRUNO TARABICHI (CA Bar No. 215129)
2 MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3 3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
4 Tel:  650.843.4000
Fax:  650.843.4001
5
E-mail: agray@morganlewis.com
6 E-mail: btarabichi@morganlewis.com

7 Attorneys for Plaintiffs
Santa Cruz Biotechnology, Inc.
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11 Santa Cruz Biotechnology, Inc.,

12                                              Case No. 5:07-cv-04275-PVT
                    Plaintiffs,
13                                              [PROPOSED] ORDER ENTERING
         vs.                                    **DEFAULT JUDGMENT AGAINST**
14                                              **SANTACRUZBIOTECH.COM AND**
    SANTACRUZBIOTECH.COM,                        **ORDERING THE TRANSFER OF**
15                                              **SANTACRUZBIOTECH.COM TO**
                    Defendant.                   **PLAINTIFF**
16

17

18

19

20       Having considered Plaintiff 's Motion for Default Judgment,

21 IT IS SO ORDERED, ADJUDGED AND DECREED:

22       1.       Default judgment is entered against the SANTACRUZBIOTECH.COM domain

23 name for failing to file a response;

24       2.       eNom Inc., the domain name registrar for the SANTACRUZBIOTECH.COM

25 domain name, shall transfer and register the SANTACRUZBIOTECH.COM domain name to

26 Santa Cruz Biotechnology, Inc.; and

27       3.       Verisign, Inc., the domain name registry for the SANTACRUZBIOTECH.COM

28

1   domain name, shall change the registrar of record for the SANTACRUZBIOTECH.COM

2   domain name from the current registrar to Network Solutions, LLC, who will subsequently

3   transfer ownership of and register the SANTACRUZBIOTECH.COM domain name to Santa

4   Cruz Biotechnology, Inc.

5

6        IT IS SO ORDERED.

7

8   Dated:  5/5/08                           Respectfully submitted,

9

10                                           The Honorable Patricia V. Trumbull
                                             United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3683335.1

[PROPOSED] ORDER
                                             ENTERING DEFAULT JUDGMENT